No. 11–9269.  HONESTO v. BROWN, GOVERNOR OF CALIFORNIA, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–9272.  BROWN v. ANGLIN, WARDEN, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 11–9273.  BRUCE v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 11–9274.  BYRD v. FLORIDA DEPARTMENT OF CORRECTIONS ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 11–9278.  BREWSTER v. TEXAS.  C. A. 5th Cir.  Certiorari denied.

No. 11–9279.  BUMPUS v. WATTS ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 11–9280.  DEANDA v. CALIFORNIA.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 11–9283.  GORDON v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 11–9288.  JACKSON v. BROWN, WARDEN.  Super. Ct. Montgomery County, Ga.  Certiorari denied.

No. 11–9291.  HINES v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 11–9295.  BARTHOLOMEW v. SWARTHOUT, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 11–9297.  KNAPP v. KNAPP.  Super. Ct. Gwinnett County, Ga.  Certiorari denied.

No. 11–9304.  BRINKER v. MICHIGAN DEPARTMENT OF HUMAN SERVICES.  Ct. App. Mich.  Certiorari denied.

No. 11–9306.  BRUMMETT v. CLARK, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 11–9309.  WATSON v. SPARKMAN, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY.  C. A. 5th Cir.  Certiorari denied.